IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARLO WOOTEN**                                                               **PLAINTIFF**

**v.**                        **CASE NO. 5:18-CV-00226 BSM**

**L&R DISTRIBUTORS**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of February 2020.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE